# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
REASSIGNMENT OF CIVIL CASES ) Miscellaneous No. 20-162
TO JUDGE ROBERT J. COLVILLE )
)

## ORDER OF COURT

AND NOW, this 3D day of February 2020, IT IS HEREBY ORDERED THAT the Clerk of Court reassign the civil cases listed in Attachment "A" to the Honorable Robert J. Colville for all further proceedings. All previously scheduled deadlines and proceedings shall remain in effect unless otherwise ordered by the Court.

FOR THE COURT:

FILED
FEB 03 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Hon. Mark R. Hornak
Chief United States District Judge